IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00109-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL MANDEL TRENT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon notice by counsel for the defendant that he died while this case was pending for sentencing. (Doc. No. 29).

**IT IS, THEREFORE, ORDERED** that this matter is dismissed without prejudice as abated by death.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 18, 2019

Robert J. Conrad, Jr.
United States District Judge